[No. 29957-7-II.   Division Two.   May 4, 2004.]

FRED A. ROSS, ET AL., *Appellants*, v. LIBERTY CUSTOM HOMES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 02-2-00444-2, George L. Wood, J., entered Feburary 7, 2003. *Reversed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.

[No. 29980-1-II.   Division Two.   May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN LEE SHORES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00761-3, Richard L. Brosey, J., entered February 3, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 30259-4-II.   Division Two.   May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD WILLIAM LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00394-0, James B. Sawyer II, J., entered March 27, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Kennedy, J., and Seinfeld, J. Pro Tem.

[No. 30261-6-II.   Division Two.   May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY JAY KAZULIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-00180-7, Kitty-Ann van Doorninck, J., entered April 15, 2003. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.